NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, CHAUFFEURS, WARE-
HOUSEMEN, AND HELPERS OF
AMERICA, LOCAL 249, AFL-CIO, Re-
spondent.

No. 12254.

United States Court of Appeals
Third Circuit.

Argued Nov. 7, 1957.

Decided Nov. 14, 1957.

Arnold Ordman, Washington, D. C.
(Jerome D. Fenton, Gen. Counsel, Ste-
phen Leonard, Associate Gen. Counsel,
Marcel Mallet-Prevost, Asst. Gen. Coun-
sel, Robert J. Wilson, Attys., N.L.R.B.,
Washington, D. C., on the brief), for pe-
titioner.

Ben Paul Jubelirer, Pittsburgh, Pa.,
for respondent.

Before MARIS, STALEY and
HASTIE, Circuit Judges.

PER CURIAM.

The National Labor Relations
Board has petitioned this court to en-
force its order of August 2, 1956 against
Local 249 of the International Brother-
hood of Teamsters, Chauffeurs, Ware-
housemen & Helpers of America, direct-
ing the Union to desist from causing
Lancaster Transportation Company to
discharge and refuse reinstatement to its
employee Elmer Charles Howard and to
make him whole for loss of pay. The
respondent opposes enforcement upon
the ground that the Union garage stew-
ard who was found by the Board to have
caused the company's action was not
such an agent of the Union as to bind
it by his acts and that the evidence does
not support the Board's findings. We
have carefully considered these conten-
tions but find them to be without merit.
Respondent's by-laws make it clear that
the steward was acting within the gen-
eral scope of his authority. The re-
spondent was, therefore, answerable for
his conduct. While the evidence was
conflicting there is ample support in the
record for the Board's finding that the
actions of the steward constituted a vio-
lation of the National Labor Relations
Act, 29 U.S.C.A. § 151 et seq.

A decree will be entered enforcing the
order of the Board.